IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

Nos. 96-40286 & 96-40287
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

STEPHON DAMONT JOHNSON,
MICHAEL ERIC MERKSON,

                                    Defendants-Appellants.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC Nos. 4:95-CR-22-1 & 4:95-CR-22-2
- - - - - - - - - -
December 17, 1996
Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Stephon Johnson and Michael Merkson appeal their convictions following conditional guilty pleas to aiding and abetting in the possession of less than 50 pounds of marijuana with intent to distribute. They contend that the district court erred in denying their joint motion to suppress the evidence seized after their traffic stop.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Our review of the record and the arguments and authorities convinces us that the district court's refusal to suppress the marijuana found in the search was not error.  See <u>United States v. Kelley</u>, 981 F.2d 1464, 1467-72 (5th Cir. 1993).

AFFIRMED.